**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**SAVANNAH BREE WAGNER**             **CIVIL ACTION**

**VERSUS**

**GENERAL MOTORS, LLC**             **NO. 24-182-JWD-RLB**

**OPINION**

    After independently reviewing the entire record in this case, and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated September 30, 2025 (Doc. 25), to which objections were filed and considered (Docs. 26, 27, and 29);

    **IT IS ORDERED** that General Motors, LLC's ("Defendant") Motion for Summary Judgment (Doc. 16) is **GRANTED IN PART and DENIED IN PART,** with Plaintiff's MMWA claim being **DISMISSED WITH PREJUDICE**, but Plaintiff's redhibition claim remaining.

    Signed in Baton Rouge, Louisiana, on <u>October 29, 2025</u>.

                                      **JUDGE JOHN W. deGRAVELLES**
                                      **UNITED STATES DISTRICT COURT**
                                      **MIDDLE DISTRICT OF LOUISIANA**